TARA J. ELLIOTT
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
105 E. Pine, 2nd Floor
Missoula, MT 59802
Phone: (406) 542-8851
FAX: (406) 542-1476
Email: tara.elliott@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

**FILED**

FEB - 2 2012

PATRICK E. DUFFY  CLERK
BY _____
Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

### BILLINGS DIVISION

| In the Matter of the Search Of: | MJ 11-88-BLG-CSO |
|---|---|
| Information associated with accounts j808jay@gmail.com, tammy845@gmail.com, jfultz808@gmail.com and jzfultz@gmail.com that is stored at the premises owned, maintained, controlled, or operated by Google Incorporated. | **MOTION TO UNSEAL APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT, SEARCH WARRANT AND ALL ATTACHMENTS FOR LIMITED PURPOSE** |

COMES NOW the United States and requests this Honorable Court to unseal the application and affidavit for search warrant, the search warrant and all attachments in this matter. The government so moves the Court because the grand jury has returned an indictment that relates to the seizure of evidence pursuant to the search warrant. The government is obliged to provide a copy of the search warrant application, affidavit, warrant and all attachments to counsel for all defendants as part of the discovery process.

Accordingly, the government moves the Court to unseal the application and affidavit for search warrant, the search warrant and all attachments for the limited purpose of discovery.

DATED this 2nd day of February, 2012.

MICHAEL W. COTTER
United States Attorney

TARA J. ELLIOTT
Assistant U.S. Attorney
Attorney for Plaintiff